# United States Court of Appeals

### For the Eighth Circuit

_____

No. 23-2198

_____

Elsie Mayard

*Plaintiff - Appellant*

v.

City of St. Paul; Paula Seeley; Thom Zangs

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: October 19, 2023
Filed: October 24, 2023
[Unpublished]

_____

Before BENTON, KELLY, and STRAS, Circuit Judges.

_____

PER CURIAM.

Elsie Mayard appeals the district court's[1] adverse grant of summary judgment in her civil rights action. After careful review of the record and the parties'

_____

[1]The Honorable Nancy E. Brasel, United States District Judge for the District of Minnesota.

arguments on appeal, we conclude that the grant of summary judgment was proper. See Thiel v. Korte, 954 F.3d 1125, 1128 (8th Cir. 2020) (reviewing grant of summary judgment de novo).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____